No. 9567. STATE OF MONTANA, PLAINTIFF AND RE-
SPONDENT, *v.* FRANK KOBLE, SR., DEFENDANT AND APPEL-
LANT.

285 Pac. (2d) 837.

Decided July 26, 1955.

*R. H. Wiedman,* and *Stanley M. Doyle,* Polson, for Appel-
lant.

*J. A. Turnage,* County Attorney, Polson, for Respondent.

Per Curiam.

The appellant, Frank Koble, Sr., was tried, convicted by a
jury and sentenced in the district court of Lake County, Mon-
tana, for the crime of unlawfully supplying intoxicating
liquor to a person under the age of twenty one (21) years.
From the judgment of conviction he took this appeal.

On June 29, 1955, a written stipulation was entered into
by the county attorney of Lake County, representing the state
and by defendant's counsel, that this appeal be dismissed by
reason of the death of the appellant, Frank Koble, Sr., same
having occurred at Ronan, Montana, on the 8th day of June,
1955. A duly certified copy of the death certificate issued
by the county clerk and recorder of Lake County, Montana,
and the affidavit of J. A. Turnage, the duly elected, quali-
fied and acting county attorney of Lake County, and the affi-
davit of William Shrider, a duly licensed undertaker and em-
balmer residing at Ronan, Montana were filed in the office
of the clerk of this court, together with the aforesaid stipula-
tion; and it appearing that the appellant, Frank Koble, Sr.,
died on June 8, 1955 at Ronan, Montana of a gun shot wound
and that thereafter appellant's body was prepared for burial
and that such burial was had at Ronan, Montana, under the
direction of the affiant William Shrider;

NOW THEREFORE this court having considered the evi-
dence so submitted, finds the facts to be as above stated and
on written motion of appellant's counsel of record herein,

orders, adjudges and decrees that all proceedings in this appeal, No. 9567, in this court have permanently abated by the death of the appellant Frank Koble, Sr.

Accordingly the appeal is ordered dismissed, the case closed and the trial court is directed to enter an appropriate order to that effect. See State v. Hale, Mont., 270 Pac. (2d) 993; State v. Pichette, 125 Mont. 327, 237 Pac. (2d) 1076 and State v. Lawrence, 122 Mont. 277, 201 Pac. (2d) 756.

Remittitur will issue forthwith.

MR. CHIEF JUSTICE ADAIR and MR. JUSTICES ANGSTMAN, ANDERSON, DAVIS and BOTTOMLY, concur.